1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | 2:13-MC-00023-MCE-KJN |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 13 | v. | |
| 14 | APPROXIMATELY $5,300.00 IN U.S. CURRENCY, | |
| 15 | | |
| 16 | Defendant. | |

17

18       It is hereby stipulated by and between the United States of America and claimants Oscar

19  Innocenti and Francesca Innocenti ("claimants"), by and through their respective counsel, as follows:

20       1.      On or about December 18, 2012, claimants Oscar Innocenti and Francesca Innocenti filed

21  claims in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with

22  respect to the Approximately $5,300.00 in U.S. Currency (hereafter "defendant currency"), which was

23  seized on October 9, 2012.

24       2.      The U.S. Customs and Border Protection has sent the written notice of intent to forfeit

25  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

26  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

27  than claimants has filed a claim to the defendant currency as required by law in the administrative

28  forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is March 18, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 17, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 17, 2013.

Dated: 3/18/2013                                BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:     /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


Dated: 3/18/2013                                /s/ Zenia K. Gilg
                                                ZENIA K. GILG
                                                Attorney for claimants
                                                Oscar Innocenti and
                                                Francesca Innocenti

                                                (Signature authorized by email)

**IT IS SO ORDERED**.

DATED: March 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE