BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $5,300.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 2:13-MC-00023-MCE-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimants Oscar Innocenti and Francesca Innocenti ("claimants"), by and through their respective counsel, as follows:

　　　　1.　　On or about December 18, 2012, claimants Oscar Innocenti and Francesca Innocenti filed claims in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with respect to the Approximately $5,300.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 9, 2012.

　　　　2.　　The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is March 18, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 17, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 17, 2013.

Dated: 3/18/2013            BENJAMIN B. WAGNER
                            United States Attorney


                      By:   /s/ Kevin C. Khasigian
                            KEVIN C. KHASIGIAN
                            Assistant U.S. Attorney



Dated: 3/18/2013            /s/ Zenia K. Gilg
                            ZENIA K. GILG
                            Attorney for claimants
                            Oscar Innocenti and
                            Francesca Innocenti

                            (Signature authorized by email)


**IT IS SO ORDERED**.

DATED:  March 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE